THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HOPKINS, Respondent, *v.* HERMAN A. METZ, as Comptroller of the City of New York, Appellant.

*People ex rel. Hopkins* v. *Metz,* 134 App. Div. 929, affirmed.
(Argued April 26, 1910; decided May 10, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1909, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to

compel the defendant to pay to the relator a certain award theretofore made in condemnation proceedings.

*Archibald R. Watson,* Corporation Counsel (*James D. Bell* and *Edward H. Wilson* of counsel), for appellant.

*Henry A. Monfort* and *Leander B. Faber* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.